IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>NORMAN F. SWANN, *et al.*, )<br>  )<br>    Defendants. ) | Case No. 19-cv-1099-BPG |

## JOINT STATUS REPORT

Plaintiff the United States of America and Defendants Norman F. Swann, Vivian A. Swann, and Carolyn D. Swann jointly respond to the Court's Letter Order dated May 23, 2019 (dkt. 19) and state as follows:

1. The Court's proposed scheduling order required the parties to request any modification of the proposed scheduling order by June 6, 2019, in anticipation of a scheduling conference to be held on June 10, 2019.  (Dkt. 19.)

2. The parties request that the discovery deadlines listed in the proposed scheduling order be postponed for 60 days to allow the parties sufficient time to engage in both formal and informal discovery, as well as provide time to attempt to resolve this matter.

//

//

//

3. The parties also request the number of hours for depositions be increased from 15 hours per side to 30 hours per side. The parties anticipate the potential need to take the deposition of several fact witnesses as well as expert witnesses.

4. The parties do not request an early settlement/ADR conference.

Dated: June 6, 2019,

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        Tax Division

        /s/ Ari D. Kunofsky_____
        ARI D. KUNOFSKY
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 227, Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 353-9187
        Facsimile: (202) 514-6866
        Email: Ari.D.Kunofsky@usdoj.gov
        *Attorney for the United States of America*

        /s/ Cheri P. Wendt-Taczak_____
        CHERI P. WENDT-TACZAK
        Bar No. 03763
        Law Office of Cheri P. Wendt-Taczak, LLC
        P.O. Box 6113
        Annapolis, MD 21401
        (410) 793-7233 (voice)
        (443) 213-1063 (facsimile)
        cheri@cwtlaw.com
        *Attorney for Defendants Norman F. Swann,*
        *Vivian A. Swann, and Carolyn D. Swann*

## CERTIFICATE OF SERVICE

  I certify that on June 6, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

               /s/ Ari D. Kunofsky
               ARI D. KUNOFSKY
                *Trial Attorney*