IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. BPG-19-1099 |
| NORMAN F. SWANN, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## CONSENT JUDGMENT

Upon consideration of the consent of the parties to this litigation and for good cause shown, it is:

ORDERED, AGREED, and ADJUDGED that judgment is entered in favor of the United States of America and against Defendants Norman Swann and Vivian Swann, jointly and severally, with respect to their 2004 federal income tax liabilities in the amount of $20,193 as of April 15, 2019, together with all interest and statutory additions to tax that will accrue according to law after that date;

ORDERED, AGREED, and ADJUDGED that judgment is entered in favor of the United States and against Norman Swann and Estate of Paul Swann, in their capacity as the personal representative of Charles Swann and personally under 31 U.S.C. § 3713(b), with respect to its 2004 federal income tax liabilities in the amount of $83,565 as of April 15, 2019, together with all interest and statutory additions to tax that will accrue according to law after that date; and

ORDERED, AGREED, and ADJUDGED that judgment is entered in favor of the United States and against Defendant Carolyn Swann, in her capacity as the personal representative of Paul Swann, with respect to their 2003, 2005, and 2006 federal income tax liabilities in the

1

amount of $586,606 as of April 15, 2019, together with all interest and statutory additions to tax that will accrue according to law after that date.

SO ORDERED ON THIS __16 T++__ day of __September__, 2019,.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE


Dated: __Sept. 15__, 2019,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

_____
ARI D. KUNOFSKY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-9187
Facsimile: (202) 514-6866
Email: Ari.D.Kunofsky@usdoj.gov
*Attorney for the United States of America*

Dated: __27 June__, 2019,

_____
CHERI P. WENDT-TACZAK
Bar No. 03763
Law Office of Cheri P. Wendt-Taczak, LLC
P.O. Box 6113
Annapolis, MD 21401
(410) 793-7233 (voice)
(443) 213-1063 (facsimile)
cheri@cwtlaw.com
*Attorney for Defendants Norman F. Swann,
Vivian A. Swann, and Carolyn D. Swann*

2